IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

NORMAN L. MORIN,

    Petitioner,

v.                                          CASE NO. 5:13-cv-00183-MP-EMT

MICHAEL CREWS,

    Respondent.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 11, 2014. (Doc. 21).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation (Doc. 21) is adopted and incorporated by reference in this order.

2.     The petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254 (Doc. 1) is DENIED.

3. A certificate of appealability is DENIED, pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the U.S. District Courts.

**DONE AND ORDERED** this  *14th* day of March, 2014

 *s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge